United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 17-19158-VZ
Cameron N Gray                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2         User: egarciaC          Page 1 of 2          Date Rcvd: Jun 22, 2018
                             Form ID: van160         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.
```
db          +Cameron N Gray,   29342 Dakota Drive,    Valencia, CA 91354-0706
smg          Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
cr         #+Domonique A Gray,    5347 Baise Street,    Ventura, CA 93003-0218
37959548    +Continental Recovery Services,    2051 Royal Avenue,    Simi Valley, CA 93065-4679
37959549    +County of Ventura,    5171 Verdugo Way,    Camarillo, CA 93012-8603
37959550     Denise Trotta,    135 S Brighton St,    Burbank, CA 91506-2604
37959551   #+Domonique Gray,    5347 Basie St,    Ventura, CA 93003-0218
37959552    +Elizabeth Ann Bleier,    Bleier & Cox APC,    16130 Ventura Blvd Ste. 620,
              Encino, CA 91436-2568
37959556    +Ramon Rebel,    25050 Avenue Kearny,    Valencia, CA 91355-1255
37959557    +Robert Chinskey,    23658 Marion Way,    Valencia, CA 91354-0715
37959558    +Steven Cosley,    25129 The Old Road,    Canyon Country, CA 91381-2244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          EDI: EDD.COM Jun 23 2018 06:23:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
              P.O. Box 826880,    Sacramento, CA  94280-0001
37959547    +E-mail/Text: bankruptcynotices@cbecompanies.com Jun 23 2018 02:35:50      CBE Group,
              1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
37990884    +Fax: 916-636-2600 Jun 23 2018 03:18:03      California State Disbursement Unit,    PO Box 989067,
              West Sacramento, CA 95798-9067
37959546     EDI: CAPITALONE.COM Jun 23 2018 06:23:00      Capital One,    PO Box 60599,
              City of Industry, CA 91716-0599
37959553     E-mail/Text: bknotice@ercbpo.com Jun 23 2018 02:35:39      Enhanced Recovery Corp,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
38008246     EDI: CALTAX.COM Jun 23 2018 06:23:00      FRANCHISE TAX BOARD,    BANKRUPTCY SECTION MS A340,
              PO BOX 2952,    SACRAMENTO CA 95812-2952
37959554     EDI: CALTAX.COM Jun 23 2018 06:23:00      Franchise Tax Board,    Bankruptcy Section MS A-340,
              PO Box 2952,    Sacramento, CA 95812-2952
37990885     EDI: CALTAX.COM Jun 23 2018 06:23:00      Franchise Tax Board,    PO Box 942867,
              Sacramento, CA  94267-0011
37959555     EDI: IRS.COM Jun 23 2018 06:23:00      Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
37959545    +E-mail/Text: USTPregion16.LA.ECF@USDOJ.GOV Jun 23 2018 02:35:29      Office of the US Trustee LA,
              915 Wilshire Boulevard,    Suite 1850,    Los Angeles, CA 90017-3560
37960493    +EDI: PRA.COM Jun 23 2018 06:23:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
                                                                                              TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Courtesy NEF
smg*            Franchise Tax Board,    Bankruptcy Section MS: A-340,    P.O. Box 2952,
                 Sacramento, CA  95812-2952
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0973-2           User: egarciaC            Page 2 of 2                 Date Rcvd: Jun 22, 2018
                               Form ID: van160           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2018 at the address(es) listed below:

        David Joel Follin    on behalf of Creditor Domonique A Gray legalstaff3@hotmail.com, legalstaff1@hotmail.com
        Mark T Young    on behalf of Debtor Cameron N Gray myoung@donahoeyoung.com
        Nancy K Curry (TR)    TrusteeECFMail@gmail.com
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
        Valerie  Smith    on behalf of Interested Party   Courtesy NEF claims@recoverycorp.com

        TOTAL: 5

FORM CACB van160–od13h
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 TRUSTEE'S MOTION TO DISMISS
# [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Cameron N Gray
aka Cameron Noe Gray, dba Cameron N. Gray

**BANKRUPTCY NO.** 2:17–bk–19158–VZ

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–8968
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 6/22/18

**Address:**
29342 Dakota Drive
Valencia, CA 91354

Pursuant to the Chapter 13 Trustee's motion to dismiss ("Motion") and supporting declaration in this case,

IT IS ORDERED that the Motion is granted, and

(1) debtor's bankruptcy case is dismissed;

(2) the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: June 22, 2018

BY THE COURT,

**Vincent P. Zurzolo**
United States Bankruptcy Judge

Form van160–od13h Rev. 06/2017

**35 / ELG**